# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **SONY INTERACTIVE ENTERTAINMENT LLC,**<br><br>_Plaintiff_,<br><br>v.<br><br>**AFUY16CESZRVV,** _et al._,<br><br>Defendants. | Civil Action No. 1:25-cv-2219-SDG |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Sony Interactive Entertainment LLC hereby voluntarily dismisses this action against the following Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1. Wisszi
2. JINGJUN STORE
3. LOMADIA
4. ANRUOXI
5. GUTA Wall Whimsy
6. Houseiart
7. Chengli-Store
8. Chenrenhuahuayu

9. GNAHZNUJSHE

10. linna3555

11. Luis jheyson pe

12. Zhangyuanhao

13. Cawpom

14. Angel-Wardrobe

15. Jiospet Home

16. Kodhyvj Home

17. Barri Design

18. Lamkidle

19. Cute Art Shop

20. Huioneten

21. Qiujiemaoyi

22. Cyber future

23. YUNPIN

24. GELDSTEI Art

Dated this 15th day of May 2025.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Ga. Bar No. 676426
E-mail: aziegler@gbc.law
Justin R. Gaudio
Ga. Bar No. 434363
E-Mail: jgaudio@gbc.law

200 West Madison Street, Suite 2100
Chicago, Illinois 60606
Telephone: 312-360-0080
Facsimile: 312-360-9315
GREER, BURNS & CRAIN, LTD.

Carrie A. Hanlon
Ga. Bar No. 289725
E-mail: carrie@sladlaw.com
Jason H. Cooper
Ga. Bar No. 778884
E-mail: jason@sladlaw.com

1397 Carroll Drive
Atlanta, GA 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970
THE SLADKUS LAW GROUP

***Attorneys for Plaintiff***