## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **SONY INTERACTIVE ENTERTAINMENT LLC,**<br><br>    _Plaintiff,_<br><br>v.<br><br>**AFUY16CESZRVV,** _et al._**,**<br><br>    Defendants. | Civil Action No. 1:25-cv-2219-SDG |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Sony Interactive Entertainment LLC hereby voluntarily dismisses this action against the following Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1. Zou Zhifeng shop

2. UFROMSKY Direct

3. WYPWCX

4. Yewenshanglong

5. YING SHUN

6. Jucciaco

7. KIDDIKU

8. Psoiuetr

9.  Canvbay

10. HENANHEYUE

11. Lottex shop

12. LZM Decor Store

13. SHIRUIO SHOP

14. Yazhong

15. yihaishibei Co . Ltd

16. WanHaiXinArt

17. Zoainuos

18. Yiwushiruifanmaoyiyouxiangongsi

19. Lixin-US

20. Jinrui-us

Dated this 12th day of June 2025.          Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Ga. Bar No. 676426
E-mail: aziegler@gbc.law
Justin R. Gaudio
Ga. Bar No. 434363
E-Mail: jgaudio@gbc.law

200 West Madison Street, Suite 2100
Chicago, Illinois 60606
Telephone: 312-360-0080
Facsimile: 312-360-9315
GREER, BURNS & CRAIN, LTD.

Carrie A. Hanlon
Ga. Bar No. 289725
E-mail: carrie@sladlaw.com
Jason H. Cooper
Ga. Bar No. 778884
E-mail: jason@sladlaw.com

1397 Carroll Drive
Atlanta, GA 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970
THE SLADKUS LAW GROUP

*Attorneys for Plaintiff*