IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **SONY INTERACTIVE ENTERTAINMENT LLC,**<br><br>    *Plaintiff*,<br><br>v.<br><br>**AFUY16CESZRVV,** *et al.*,<br><br>    Defendants. | Civil Action No. 1:25-cv-2219-SDG |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Sony Interactive Entertainment LLC hereby voluntarily dismisses this action against the following Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1. DZ ART-US
2. JUJUBANG
3. AprilCustomStudio
4. I Like One
5. Besoar-Boou
6. Haosheng-us
7. JinruiMY
8. Yaokenshangmao

Dated this 27th day of June 2025.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Ga. Bar No. 676426
E-mail: aziegler@gbc.law
Justin R. Gaudio
Ga. Bar No. 434363
E-Mail: jgaudio@gbc.law

200 West Madison Street, Suite 2100
Chicago, Illinois 60606
Telephone: 312-360-0080
Facsimile: 312-360-9315
GREER, BURNS & CRAIN, LTD.

Carrie A. Hanlon
Ga. Bar No. 289725
E-mail: carrie@sladlaw.com
Jason H. Cooper
Ga. Bar No. 778884
E-mail: jason@sladlaw.com

1397 Carroll Drive
Atlanta, GA 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970
THE SLADKUS LAW GROUP

***Attorneys for Plaintiff***